UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CRAIG J. LOUQUE, JR. | CIVIL ACTION |
| VERSUS | NO. 12-1869 |
| FIRE PROTECTION SERVICE, INC. OF TEXAS | SECTION "H"(4) |

## ORDER OF DISMISSAL

The Court having been advised by Magistrate Judge Karen Wells Roby, that all parties have firmly agreed upon a compromise in this matter;

**IT IS ORDERED** that this action be and it is hereby dismissed as to all parties, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if settlement is not consummated.  In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated in sixty days.  *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 7th day of November, 2012.

_____
JUDGE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE